IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY N. BRUDNAK, | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | NO.   05-2159 |
| | : | |
| ALLENTOWN SCHOOL DISTRICT, | : | JURY TRIAL DEMANDED |
| and MARIO TRACA, | : | ELECTRONICALLY FILED |
| Defendants | : | |

## PLAINTIFF TAMMY BRUDNAK'S BILL OF COSTS

| | |
|---|---|
| Filing fee | $250.00 |
| David Gawlick, service of process | $130.00 |
| Gallagher Reporting, depositions | $602.55 |
| Gallagher Reporting, depositions | $253.50 |
| Evelyn Rossi, witness fee | $ 50.00 |
| Eye in the Sky, subpoena service | $123.00 |
| Evelyn Rossi, witness fee | $ 50.79 |
| Gessenia Hernandez, witness fee | $ 50.00 |
| Manar Makhoul, witness fee | $ 50.00 |
| Jessica Hernandez, witness fee | $ 50.00 |
| David Gawlick, subpoena service | $185.00 |
| Gallagher Reporting, depositions | $455.05 |
| Gallagher Reporting, depositions | $325.25 |

**Total Costs   $2,575.14**

Respectfully submitted,

ORLOSKI LAW FIRM

<u>Rjo2737_ed sig code</u>
Richard J. Orloski
Attorney for Plaintiff
Attorney ID No.:  09857
111 N. Cedar Crest Blvd.
Allentown, PA 18104
610-433-2363

## CERTIFICATE OF SERVICE

I, Richard J. Orloski, hereby certify that on this date a true and correct copy of the foregoing document was electronically filed using the ECF system with the Court, and is available for viewing and downloading from the ECF system. Service of this document has been made on the following counsel who have consented to electronic service by way of the ECF System's Notice of Electronic Case Filing:

John E. Freund, III, Esq.
King, Spry, Herman, Freund & Faul
One West Broad Street, Suite 700
Bethlehem, PA 18018

Robin Snyder, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
The Scranton Center, Suite 400
401 Adams Avenue
Scranton, PA 18510

Date:   January 11, 2007

*Orloski Law Offices*

Validation Signature Code RJO2737
Richard J. Orloski
Attorney for Plaintiff
Attorney ID No. 09857
ED Signature Code:  RJO2737
111 N. Cedar Crest Blvd.
Allentown, PA 18104
610-433-2363