IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY N. BRUDNAK, | ) |
| | ) Civil Action |
| Plaintiff | ) No. 05-CV-02159 |
| | ) |
| vs. | ) |
| | ) |
| ALLENTOWN SCHOOL DISTRICT and MARIO TRACA, | ) |
| | ) |
| Defendants | ) |

O R D E R

NOW, this 16th day of April, 2007, upon consideration of the attached Stipulation to Satisfy Arbitration Award/Bill of Costs, presented on April 5, 2007; it appearing that the parties agree that the arbitration award entered on January 8, 2007 and the Bill of Costs have been paid,

IT IS ORDERED that the Stipulation to Satisfy Arbitration Award/Bill of Costs is approved.

IT IS FURTHER ORDERED that Clerk of Court shall mark the arbitration award and Bill of Costs paid.

IT IS FURTHER ORDERED that the Clerk of Court shall mark any judgment satisfied.

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge